# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### ALBANY DIVISION

ASA STOVALL,                                    :
                                                :
    Plaintiff,                :
                                                :
v.                                              :      CASE NO.: 1:25-CV-121 (LAG)
                                                :
CEDRICKLEGGETT.COM LLC, *et al.*,               :
                                                :
    Defendants.               :
                                                :

## ORDER

On December 30, 2025, the Court stayed the proceedings through the conclusion of mediation and directed the parties to file a status update with the Court "within **fourteen (14) days** of the scheduled mediation to advise the Court whether the matter has been resolved or if the Court should enter a Scheduling Order." (Doc. 16). Parties notified the Court that mediation was set for March 13, 2026. (Doc. 18). The Parties have failed to notify the Court the result of their mediation. Accordingly, the Court hereby **ORDERS** the Parties to advise the Court of the status of this matter within **seven (7) days** of the date of this Order.

    **SO ORDERED**, this 3rd day of June, 2026.

               /s/ Leslie A. Gardner
               **LESLIE A. GARDNER, CHIEF JUDGE**
               **UNITED STATES DISTRICT COURT**